

Benjamin D. Weisenberg
Direct: 917.747.5303
benjamin@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

December 15, 2019

**BY ECF**

Hon. Alison J. Nathan, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Thomas, et al. v. Mekruth Inc., et al. | 1:19-cv-01566-AJN

Dear Judge Nathan:

The Ottinger Firm. P.C. (the "Firm"), represent the Named Plaintiff Mr. Qwame Thomas, the current FLSA Collective Opt-ins, and the putative FLSA Collective and NYLL Class (collectively, "Plaintiffs"). Pursuant to Your Honor's Docket Text Order No. 57, dated November 20, 2019, the parties jointly request Your Honor preliminarily approve the [Proposed] Class Action and Collective Settlement Agreement. In support of the parties' joint request, the parties are concurrently submitting the following documents:

1. Tthe [Proposed] Class Action and Collective Settlement Agreement;
   - Exhibit A: A true and correct copy of the long-form Notice
   - Exhibit B: A true and correct copy of the Claim Form
   - Exhibit C: A true and correct copy of the Reminder Notice
2. The Declaration of Benjamin D. Weisenberg in Support of this Joint Letter Motion;
   - Exhibit A: [Proposed] Class Action and Collective Settlement Agreement
   - Exhibit B: Term Sheet
   - Exhibit C: Example of the "Bookkeepers'" Handwritten Notes
   - Exhibit D: The Firm's Time Records printed from the Firm's Clio.com account
   - Exhibit E: A true and correct copy of the Order in *Luina, et al. v. L3 Funding LLC*, et al. approving the Firm's attorneys' fee as fair and reasonable
   - Exhibit F: A true and correct copy of the Order in *Crowder, et al. v. ARC Healthresources* of Rockland, Inc. et al., approving the Firm's attorneys' fee as fair and reasonable
   - Exhibit G: A true and correct copy of the Complaint in this Action
   - Exhibit H: A true and correct copy of the Answer in this Action
3. Memorandum of Law in Support of the Joint Letter Motion for Approval; and
4. [Proposed] Order Granting Preliminary Approval of the Settlement.

                \*     \*     \*

Thank you in advance for your time and consideration of the parties' request to preliminarily approve the Settlement of this Action.

Respectfully submitted on behalf of all parties,

**THE OTTINGER FIRM, P.C.**

_____
Benjamin D. Weisenberg
benjamin@ottingerlaw.com

cc: By ECF to all counselors of record.