# OTTINGER
## EMPLOYMENT LAWYERS

Finn Dusenbery
Direct: (212) 583-0030
fin@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

July 1, 2020

**By ECF**

U.S. District Judge Alison Nathan
U.S. District Court
Southern District of New York
40 Foley Sq
New York, NY 10007

      **Re:**    **Thomas v. Mekruth, Inc., et al.**
              **No. 19-cv-01566 (AJN)**

Dear Judge Nathan:

      As you know, we represent Plaintiff Qwame Thomas, the FLSA opt-ins, and the putative class in the above-referenced matter. We previously wrote to the Court on December 16, 2019 submitting a preliminary approval motion and accompanying papers. *See* Dkt. No. 59. In reviewing Plaintiff's prior memorandum of law in support of the joint motion for approval of class and collective action settlement, *see* Dkt. No. 59-14, Plaintiff's counsel found that the memorandum did not address the issue of class certification. Accordingly, Plaintiff respectfully submits the attached memorandum of law and Affidavit of Finn Dusenbery to supplement Plaintiff's motion for preliminary approval.

      Respectfully submitted,

      /s/ Finn W. Dusenbery
      Finn W. Dusenbery