UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QWAME THOMAS, individually and on behalf of others similarly-situated,<br><br>                       Plaintiff,<br><br>      v.<br><br>MEKRUTH INC. d/b/a RUTH'S RESTAURANT, MITCHELL MEKLES, DAVID MEKLES, in their official and individual capacity, and DOES 1-50, inclusive,<br><br>                       Defendants. | Civil Action No. 1:19-cv-1566-AJN<br><br>NOTICE OF MOTION FOR FINAL APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Finn W. Dusenbery and the exhibits attached thereto, the Settlement Agreement and Release, and the proposed order, Plaintiffs shall move the Court before the Honorable Alison Nathan, United States District Judge, at the United States District Court, Southern District of New York located at 40 Foley Square, Courtroom 906, New York, New York 10007, on such day and time as counsel may be heard, for an order granting final approval of the class and collective action settlement.

Dated: August 9, 2021

                                                    /s/ Finn W. Dusenbery
                                                   Finn Dusenbery
                                                   The Ottinger Firm, P.C.
                                                   79 Madison Ave
                                                   New York, NY 10016

                                                   *Attorneys for Plaintiffs and Class*