UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/21
```

Qwame Thomas.,

           Plaintiff,

–v–

Mekruth Inc., *et al.*,

           Defendants.

19-cv-1566 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall file by August 13, 2021, a joint letter indicating whether either party has any objection to the Court conducting the hearing scheduled for August 18, 2021, at 11:00 a.m., telephonically rather than in person.

    SO ORDERED.

Dated: August 11, 2021
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge