

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Qwame Thomas.,

                Plaintiff,

     –v–

Mekruth Inc., *et al.*,

                Defendants.

19-cv-1566 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court will conduct the fairness hearing scheduled for August 18, 2021, at 11:00 a.m., telephonically. At that time, the parties are directed to dial (888) 363-4749 and enter access code 9196964#. All persons accessing the proceeding must mute their lines except when given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge