UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22
```

Qwame Thomas,

                Plaintiff,

      –v–

Mekruth Inc., *et al.*,

                Defendants.

19-cv-1566 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court issued a final settlement approval order on August 26, 2021. Dkt. No. 81. On December 8, 2021, Plaintiff requested that the Court order the claims administrator, SSI, to produce to Plaintiff the contact information (i.e., names, phone numbers, and email addresses) of class members that had not yet cashed a check. Dkt. No. 82. Upon Defendants' representation that this request was made too early in the claims-administration process, Dkt. No. 84, the Court dismissed Plaintiff's request as premature. Dkt. No. 85. The Court "encouraged" the parties "to meet and confer as to a later date when it would be appropriate to disclose the requested information to Plaintiffs." Dkt. No. 85.

      Plaintiff on February 7, 2022, renewed its request for the contact information of class members that had not yet cashed a check, who account for approximately 33 percent of class members and approximately 10 percent of the total settlement funds. Dkt. No. 86. Defendants oppose this request, arguing that it goes "beyond the four corners of the settlement agreement." Dkt. No. 88.

      Plaintiff's request is hereby GRANTED. The Court agrees that the requested names, phone numbers, and email addresses of those class members that have not yet cashed a check

from the settlement fund should be produced to Plaintiff.  Plaintiff shall file a letter by February 25, 2022, that confirms it has received the requested information.

SO ORDERED.

Dated: February 10, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge